## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Integrate.com, Inc.

                    Plaintiff,

v.                                                 Case No.: 1:23−cv−03366
                                                  Honorable Nancy L. Maldonado

Paul Noonan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 7/20/23. Counsel for both sides were present. The Court has considered whether there is good cause for expedited discovery, looking at "the entirety of the record and the reasonableness of the request." Campaignzero, Inc. v. Staywoke Inc., No. 20–CV–06765, 2020 WL 7123066, at *1 (N.D. Ill. Dec. 4, 2020) (citing Ibarra v. City of Chicago, 816 F. Supp. 2d 541, 554 (N.D. Ill. 2011). The Court has considered: quot;(1) whether a preliminary injunction is pending; (2) the breadth of the discovery sought; (3) the purpose of requesting expedited discovery; (4) the burden on the opposing party to comply with the requests; and (5) how far in advance of the typical discovery process the request was made." Campaignzero, 2020 WL 7123066, at *1 (citing Ibarra, 816 F. Supp. 2d at 554). For the reasons stated on the record, Plaintiff's motion for expedited discovery [19] is granted in part and denied in part: Plaintiff's interrogatories Nos. 1 and 2 shall not issue at this time; Plaintiff's interrogatories Nos. 3 and 5 may issue; No. 4 may issue if narrowed as discussed on the record. Regarding Plaintiff's requests for production: No. 1 may issue; No. 2 may issue only if narrowed as discussed on the record and consistent with Defendants' proposal; No. 3 shall not issue; No. 4 may issue if Plaintiff first produces a list of clients that Defendants worked with at Integrate; Nos. 5 and 6 shall issue by agreement; Nos. 7 and 8 shall not issue. As stated on the record, Defendants' request for discovery (see Dkt. [23−5]) is granted in part and denied in part: Defendants' request No. 1 may issue but Plaintiff need only produce documents sufficient to establish compensation; Nos. 2 and 3 may issue as interrogatories; No. 4 may issue; and No. 5 may issue with the parties expected to meet and confer to define the scope of that request. The following expedited discovery schedule shall apply: all interrogatories and requests for production to issue by 7/21/2023 with interrogatory responses due by 7/28/2023. Documents are to be produced by 8/11/2023. Depositions should be completed by 9/8/2023. Motion for preliminary injunction is due by 9/22/2023, and Plaintiff should email an agreed proposed briefing schedule to the courtroom deputy upon filing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.