# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Integrate.com, Inc.

                    Plaintiff,

v.                                     Case No.: 1:23−cv−03366
                                           Honorable Nancy L. Maldonado

Paul Noonan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 31, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: In light of the new motions to compel [31], [32] and the likely need for ongoing supervision, this case is referred to the Honorable Sheila M. Finnegan for discovery supervision, including the supervision of expedited discovery and ruling on the pending motions to compel, and for settlement conference if and when desired. The referral includes the authority to change deadlines, including the deadline to file a motion for preliminary injunction (currently 9/22/2023) if needed. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.