**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Integrate.com, Inc.

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−03366
                                                      Honorable Nancy L. Maldonado

Paul Noonan, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Video hearing held on 9/20/2023 as to Defendants' Motion to Compel Plaintiff's Compliance with 30(b)(6) Deposition [41]. For reasons stated on the record, the motion is denied as to topic 5 ("General knowledge of the subject matter of the produced documents") and granted as to topic 6 (four subparts focused on trade secrets) though Defendants were cautioned that more specificity on topic 6 would ensure a more prepared witness and useful deposition. Regarding other discovery, Defendants produced certain documents on an "Attorneys' Eyes Only" basis as directed by the Court [40] and these are under discussion. Plaintiff expects to produce a large volume of additional documents by 9/22/2023 that Defendants will review. Telephone status set on 9/29/2023 at 9:15 a.m. If the parties expect to argue any issues, they are to file a joint status report by 9/28/2023 identifying the issues and the hearing will be conducted by videoconference. The toll−free number for the status hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.